UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:13-00004 |
| v. ) | Judge Bryant |
| ) | |
| GARRY CHRISTOPHER FORSYTHE ) | |

## ORDER

The Indictment as well as any other related documents in the above-styled matter are hereby unsealed.

So ORDERED this 7th day of January 2013.

_____
JOHN S. BRYANT
U. S. MAGISTRATE JUDGE